IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES EX REL. TUFLY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3048 |
| V. | ) ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and ZURICH AMERICAN INSURANCE, Company, | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

Pursuant to the Stipulation and Joint Motion by the parties providing that (1) the Plaintiff and the Defendants have agreed to resolve their disputes through binding arbitration, and (2) that this action should be stayed while the Plaintiff and Defendants proceed with arbitration, (filing no. 9),

IT IS ORDERED:  This action is stayed so that the Plaintiff and the Defendants may proceed with binding arbitration to resolve their disputes.

DATED this 17th day of November, 2008.

BY THE COURT:

S/ *David L. Piester*
David L. Piester
United States Magistrate Judge