IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TUFLY COMPANY, | ) ) ) | 4:08CV3048 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 11) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs and attorney fees.

July 21, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge